J. E. Llewellyn, appellee, v. Board of Education of Cicero, Stickney High School Township District, appellant. Gen. No. 30,571.

Action to recover compensation for services as architect. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Felsenthal, Struckman & Berger, for appellant. Frederic L. Goff and Chester E. Cleveland, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Walgreen Company, appellee, v. Mark F. Madden and Michael S. Madden, copartners, trading as Madden Brothers, appellants. Gen. No. 30,589.

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and cause remanded. Opinion filed June 23, 1926.

James V. O'Donnell and McKinley & Schmauch, for appellants; Walter W. Schmauch, of counsel. Isaac B. Lipson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Mae Laughlin, appellee, v. City of Chicago, appellant. Gen. No. 30,617.

Action for personal injuries by negligence. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Charles C. Spencer and Arthur A. House, for appellee; Morton J. Stevenson, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

James F. Small, administrator of the estate of Patricia M. Small, deceased, appellant, v. William H. Stolte, appellee. Gen. No. 30,639.

Death by wrongful act. Judgment for defendant. Appeal from the City Court of Chicago Heights; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Taylor, P. J., dissents. Opinion filed June 23, 1926. Rehearing denied July 12, 1926.

Joseph D. Ryan and Craig A. Hood, for appellant; Joseph D. Ryan and Edmund M. Sinnott, of counsel. Kirkland, Patterson & Fleming, for appellee; Weymouth Kirkland, Jay Fred Reeve and William H. Symmes, of counsel.

Mr. Justice Thomson delivered the opinion of the court.